UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER L. OATEY, | ) | No. CV 14-1923 DDP (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| DANIEL PARAMO, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 2, 2015

_____
DEAN D. PREGERSON
United States District Judge